**Datuk Ramesh CHANDER, Plaintiff–Appellant,**

v.

**Stan G. BARRY, Sheriff, Fairfax County, Defendant–Appellee.**

No. 02–1554.

United States Court of Appeals, Fourth Circuit.

Submitted May 13, 2003.

Decided May 27, 2003.

Hunter C. Harrison, Jr., McLean, Virginia, for Appellant. James R. Parrish, Brandt, Jennings, Snee, Dupray & Parrish, P.L.L.C., Falls Church, Virginia, for Appellee.

Before WIDENER, WILKINSON, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Datuk Ramesh Chander appeals the district court's order granting summary judgment to Defendant on his 42 U.S.C. § 1983

736

(2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Chander v. Barry,* No. CA–01–1333 (E.D.Va. Apr. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*